MATTHEW F. SCARLATO (admitted *pro hac vice*)
Email: scarlatom@sec.gov
NICHOLAS C. MARGIDA (admitted *pro hac vice*)
Email: margidan@sec.gov

SCOTT W. FRIESTAD
DAVID FROHLICH
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-3749 (Scarlato)
Tel: (202) 551-8504 (Margida)
Fax: (202) 772-9645

LOCAL COUNSEL:
Amy Jane Longo (Cal. Bar No. 198304)
Email: LongoA@sec.gov

SECURITIES AND EXCHANGE COMMISSION
444 South Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PATRIC KEN BACCAM, a/k/a Khanh Sengpraseuth,<br><br>Defendant, and<br><br>PRECISION RESEARCH GROUP LLC, and PRIM GROUP LLC,<br><br>Relief Defendants. | Case No. 5:17-cv-00172-SJO (SPx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF RELIEF DEFENDANT PRIM GROUP LLC** |

Plaintiff Securities and Exchange Commission ("SEC") hereby files this Notice of Voluntary Dismissal with Prejudice of Relief Defendant Prim Group LLC pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:  June 14, 2017           Respectfully submitted,

/s/ Matthew F. Scarlato
MATTHEW F. SCARLATO
(admitted *pro hac vice*)
NICHOLAS C. MARGIDA
(admitted *pro hac vice*)
100 F Street, N.E.
Washington, D.C. 20549
Telephone:  (202) 551-3749 (Scarlato)
scarlatom@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NE, Washington, DC 20549.

On June 14, 2017, I caused to be served the document entitled **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF RELIEF DEFENDANT PRIM GROUP LLC** on all the parties to this action as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[X]   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier.

[ ]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[]   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 14, 2017              /s/ Matthew F. Scarlato
                                  MATTHEW F. SCARLATO

2

*SEC v. Patric Ken Baccam, et al.*
**United States District Court – Central District of California**
Case No. 5:17-cv-00172-SJO (SPx)

**SERVICE LIST**

Patric Ken Baccam (three copies)
c/o Precision Research Group LLC and Prim Group LLC

REDACTED

Highland, CA 92346

Pro Se *on behalf of Defendant Patric Ken Baccam, and Relief Defendants Precision Research Group LLC and Prim Group LLC*

3